COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOHNNIE LEE CARTER, | § | No. 08-08-00175-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 205th District Court of |
| INTEGRITY ASSET MANAGEMENT, | § | |
| | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC#2008-1488) |
| | § | |

**<u>MEMORANDUM OPINION</u>**

This appeal is before the Court on its own motion for determination as to whether the appeal should be dismissed for want of prosecution. On May 8, 2008, Appellant, Johnnie Lee Carter, filed his notice of appeal. By correspondence of the same date, the Clerk of the Court informed Carter that he had not tendered the filing fee. Carter was warned that failure to tender such payment within twenty days may result in dismissal. Alternatively, the Clerk requested that Carter inform the Court within twenty days if he was excused from paying the cost of the filing fee. Carter has made no payment and no response. Therefore, pursuant to Texas Rules of Appellate Procedure 42.3(b) and (c), we dismiss this appeal with prejudice.

KENNETH R. CARR, Justice

July 31, 2008

Before Chew, C.J., McClure, and Carr, JJ.